IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TIMOTHY TIDWELL, Individually, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 1:10-CV-2011-HTW |
| | : | |
| KRISHNA Q INVESTMENTS, LLC, | : | |
| d/b/a Quality Inn & Suites Atlanta Airport South, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF COURT

After reviewing the pleadings in the above-styled action, the Court has determined that the undersigned RECUSES himself from the above styled case.

IT IS ORDERED that the clerk reassign this case to another Judge, and further DIRECTS that no replacement case be assigned to him.

SO ORDERED, this 15th day of July, 2010.

      s/*HORACE T. WARD*
      HORACE T. WARD, SENIOR JUDGE
      UNITED STATES DISTRICT COURT