# EXHIBIT 2

**Invoice for Report of Plaintiff's Expert
re: Defendant's filing of October 20, 2011**



November 11, 2011

Jacqueline London
The Law Offices of JYLondon, Esq.
7904 Harding Avenue #A-2
Miami Beach, Fl. 33141

    Re:    Quality Inn & Suites Airport (GA489)    File 961-GA
           2451 Old National Parkway
           College Park, GA.

## DESCRIPTION OF SERVICES RENDERED

Analyzing and recording violations to incorporate into ADA final investigative report.

Phone conversations with Plaintiff's Counsel.

**TOTAL HOURS: 3 hrs. @ $200.00 per hour**    **TOTAL: $600.00**

*Balance Due upon receipt of invoice.*

3876 SW 112 Ave. #115 Miami, Fl 33165
Phone: 305.962.0538  Email: ADAHelpNow.com